■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO COLON, Appellant. [718 NYS2d 848] —Judgment, Supreme Court, Bronx County (Frank Torres, J.), rendered October 26, 1998, convicting defendant, after a jury trial, of criminal sale of a controlled substance in or near school grounds, criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 4½ to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis upon

which to disturb the jury's determinations concerning credibility. Concur—Rosenberger, J. P., Tom, Mazzarelli, Ellerin and Wallach, JJ.